974

No. 82–5336. PATRICK ET UX. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5342. HAYES *v.* CREDIT BUREAU OF GEORGIA, INC. C. A. 4th Cir. Certiorari denied.

No. 82–5343. GRAHAM *v.* MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 82–5344. MALLOY *v.* SULLIVAN. Sup. Ct. Ala. Certiorari denied.

No. 82–5345. NOONE *v.* PETTINATO. Cir. Ct. Montgomery County, Md. Certiorari denied.

No. 82–5349. CRAFT *v.* CHOATE ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–5351. BENARD *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 82–5357. GRANT *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 82–5359. RUSSELL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 82–5364. ROYSTER *v.* FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–5365. CROMARTIE *v.* MACK ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5367. MAGGARD *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 82–5370. WILLIAMS *v.* BANK OF NOVA SCOTIA. C. A. 3d Cir. Certiorari denied.